# RAVIN GREENBERG LLC
COUNSELLORS AT LAW

HOWARD S. GREENBERG*
CHAD B. FRIEDMAN*

OF COUNSEL
BRIAN LEE BAKER*
JAIMIE A. SLOSBERG*

**101 Eisenhower Parkway**
Roseland, NJ 07068
Phone: (973) 226-1500
Facsimile: (973) 226-6888

\* MEMBER OF N.J. & N.Y. BAR

E-MAIL: cfriedman@ravingreenberg.com
WEBSITE: www.ravingreenberg.com

April 14, 2011

**Via ECF**
Honorable Frederic Block
United States District Judge
United States Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

Re: Trustees of the Local 813 Pension Trust Fund et al v. Mr. T Carting Corp.
Case No. 10-cv-05320-FB-CLP

Dear Judge Block:

This firm is bankruptcy counsel to Mr. T Carting Corp., defendant in the above pending action. We wish to respectfully inform this Court that on March 31, 2011, Mr. T Carting Corp., filed a voluntary bankruptcy petition with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Case"), Case No. 11-42725 (JF).

As a result of such bankruptcy filing, the above referenced proceeding is automatically stayed pursuant to 11 U.S.C. § 362 et al.

We are and will remain available to answer any questions the Court may have in this regard.

Respectfully Submitted,

Ravin Greenberg, LLC


/s/ Chad B. Friedman
Chad B. Friedman

cc: Honorable Cheryl L. Pollak
Sally L. Schneider, Esq.
Steven B. Horowitz, Esq.